EMMA ROSENZWEIG, Respondent, v. MACMONT HOLDING CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SAMUEL T. SIEGEL and SIDNEY MANDELL, Copartners, etc., Appellants, v. LEOPOLD SCHOENBRUNN and JULIUS KELLER, Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LOUIS STERN, Respondent, v. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [134 Misc. 351.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES RUSSELL, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ROBERT J. TOD, Appellant, v. ERNEST L. SIMPSON and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

WILLIAM J. COOGAN, Respondent, v. NEW YORK CITY INTERBOROUGH RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MAE DERETCHIN EDISON, Appellant, v. SAMUEL GEORGE EDISON, Respondent.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JEROME F. COHEN, Appellant, v. ANNA WEINSTEIN, Respondent.— Orders reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of 251 WEST 30TH STREET CORPORATION, Respondent, against JOSEPH ELIAS & COMPANY, INC., Appellant.— The agreement to arbitrate herein is specifically limited to claims arising under sections 3 and 8 thereof. The only arbitrable dispute claimed by petitioner is loss caused by delay under section 8. (See Matter of Priore v. Schermerhorn, 237 N. Y. 16.) The order should be modified by providing that arbitration be confined to the dispute as to the alleged loss sustained by the petitioner due to the delay in the progress of the work set forth in the petition, and as so modified affirmed, without costs. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HUDSON CEMENT AND SUPPLY COMPANY, Appellant, v. FENLACK CONSTRUCTION COMPANY and Others, Defendants, and CHARLES W. McDONALD, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.